IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID D. RICHARDSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DR. GESSNER | : | NO. 16-5461 |
| PRIMECARE MEDICAL, INC. | : | |

**FILED**
NOV - 7 2016
LUCY V. CHIN, Interim Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 4th day of November, 2016, upon consideration of plaintiff's motion to proceed *in forma pauperis* (ECF No. 1), it is ORDERED that:

1. The motion to proceed *in forma pauperis* is DENIED, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum.

2. If he seeks to continue with this case, plaintiff must remit $400 to the Clerk of Court within thirty (30) days of the date of this Order.

3. The Clerk of Court shall CLOSE this case for statistical purposes.

BY THE COURT:

/s/ Joel Slomsky
JOEL H. SLOMSKY, J.